The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM A. ETIENNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  2:21-cv-01429-BJR<br><br>STIPULATED PARTIAL MOTION TO DISMISS AND ORDER |

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties respectfully ask this Court for an agreed order to dismiss Plaintiff's informed consent claims, without prejudice.

**I.   FACTS**

Plaintiff Kim Etienne filed a complaint against Defendant United States on October 19, 2021, alleging claims of medical negligence related to a surgery the Plaintiff had in August 2019 at the VA Puget Sound Healthcare Center in Washington. Dkt. #1. Plaintiff's complaint contains a statement alleging "lack of informed consent." *Id*. at 4.4. On January 14, 2022, Defendant United States filed a motion to partially dismiss, specifically seeking dismissal of the Plaintiff's claim of lack of informed consent. Dkt. #13, p. 1. Plaintiff's and Defendant's counsel have

STIPULATED PARTIAL MOTION TO DISMISS AND ORDER
[2:21-cv-01429-BJR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 conferred and reached an agreement to dismiss the claim of lack of informed consent, without
2 prejudice.

3 ## II.  ARGUMENT

4 The parties have agreed to this dismissal and hereby submit a stipulation signed by all
5 parties, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(ii) and LCR 10(g). This stipulation
6 does not alter dates or schedules previously set by the Court. This dismissal shall be without
7 prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

8 //
9 //
10
11
12 **SO STIPULATED**.
13 Dated this 2nd day of February 2022.
14
15 THE TINKER LAW FIRM, PLLC
16 By: *s/Todd D. Tinker*_____
   By: *s/Heather S. Moore Paradis*____
17 By: *s/Lauren E. Coates*_____
   Todd D. Tinker, WSBA #26579
18 Heather S. Moore Paradis, WSBA #27711
   Lauren E. Coates, WSBA #45956
19 The Tinker Law Firm, PLLC
   149 Finch Place SW, Suite 1
20 Bainbridge Island, WA 98110
   Telephone: (206) 752-4366
21 Fax: (206) 451-4109
   Email: todd@tinkerlawfirm.com
22 Email: heather@tinkerlawfirm.com
23 Attorneys for Plaintiff
24

STIPULATED PARTIAL MOTION TO DISMISS AND ORDER     **UNITED STATES ATTORNEY**
[2:21-cv-01429-BJR] - 2                            700 Stewart Street, Suite 5220
                                                   Seattle, Washington 98101-1271
                                                   206-553-7970

**SO STIPULATED**.

Dated this 2nd day of February 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

By: *s/ Erin K. Hoar*
Erin K. Hoar, CA No. 311332

By: *s/ Kristen R. Vogel*
Kristen R. Vogel, NY No. 5195664
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
Email: erin.hoar@usdoj.gov
Email: kristen.vogel@usdoj.gov

Attorneys for United States of America

STIPULATED PARTIAL MOTION TO DISMISS AND ORDER
[2:21-cv-01429-BJR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

Having reviewed the parties' stipulated partial motion to dismiss (Dkt. No. 15), the Court GRANTS the motion. Plaintiff's claim of lack of informed consent is hereby dismissed without prejudice.

DATED this 2nd day of February, 2022.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
United States District Judge

STIPULATED PARTIAL MOTION TO DISMISS AND ORDER
[2:21-cv-01429-BJR] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970