The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM A. ETIENNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 2:21-cv-01429 (BJR)<br><br>STIPULATED MOTION TO MODIFY CASE SCHEDULE AND ORDER |

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties respectfully ask this Court for an agreed order to modify the following case schedule deadlines as follows:

- Fact Depositions: 11/30/22

- Expert Rebuttal Reports: 12/6/22

- Close of Discovery: 12/30/22

- Dispositive Motions: 1/13/22

STIPULATED MOTION TO MODIFY CASE
SCHEDULE AND ORDER (C2:21-01429BJR) - 1

THE TINKER LAW FIRM, PLLC
149 FINCH PLACE SW, SUITE 1
BAINBRIDGE ISLAND, WA 98110
PHONE 206-752-4366 | FAX 206-451-4109

## I. FACTS

Plaintiff Kim Etienne filed a complaint against Defendant United States on October 19, 2021, alleging claims of medical negligence related to a surgery the Plaintiff had in August 2019 at the VA Puget Sound Healthcare Center in Washington. Dkt. #1. The parties have exchanged initial written discovery requests and responses, as well as expert reports. Good cause exists to modify some of the deadlines in the current case schedule because the depositions of the Plaintiff and Charlene Etienne were previously scheduled for September 28th and 29th 2022, however Plaintiff had to reschedule these depositions to the week of November 14, 2022, due to unavoidable scheduling conflicts, including unexpected motion practice, related to an upcoming trial that is hard-set to begin October 24, 2022 in King County. Additionally, Plaintiffs have requested to take the depositions of the fact witnesses, Drs. Allison, Tang and Ohlsson, which are also tentatively set to take place in month of November 2022 As the available dates fall outside the current discovery deadline, and given Plaintiff's scheduling challenges due to the hard-set trial in King County Superior Court, Plaintiff's and Defendant's counsel have conferred and reached an agreement to push out the discovery and dipositive motion deadlines so that discovery can be completed.

## II. ARGUMENT

The parties have agreed to extend the foregoing dates and hereby submit a stipulation signed by all parties, pursuant to LCR 10(g). This stipulation does not alter dates or schedules previously set by the Court and good cause exists to modify these specific deadlines in the current case schedule.

DATED this 14th day of October, 2022.

THE TINKER LAW FIRM, PLLC

By: *s/Todd D. Tinker*
By: *s/Heather S. Moore Paradis*
By: *s/Lauren E. Coates*
Todd D. Tinker, WSBA #26579
Heather S. Moore Paradis, WSBA #27711
Lauren E. Coates, WSBA #45956
The Tinker Law Firm, PLLC
149 Finch Place SW, Suite 1
Bainbridge Island, WA 98110
Telephone: (206) 752-4366
Fax: (206) 451-4109
Email: todd@tinkerlawfirm.com
heather@tinkerlawfirm.com
lauren@tinkerlawfirm.com
Attorneys for Plaintiff


NICHOLAS W. BROWN

UNITED STATES ATTORNEY

By: *s/ Erin K. Hoar*
Erin K. Hoar, CA #311332


By: *s/ Kristen R. Vogel*
Kristen R. Vogel, NY #5195664
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
Email: erin.hoar@usdoj.gov
Email: kristen.vogel@usdoj.gov

STIPULATED MOTION TO MODIFY CASE
SCHEDULE AND ORDER (C2:21-01429BJR) - 3

THE TINKER LAW FIRM, PLLC
149 FINCH PLACE SW, SUITE 1
BAINBRIDGE ISLAND, WA 98110
PHONE 206-752-4366 | FAX 206-451-4109

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now therefore,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Modify Case Schedule is GRANTED.

DATED this 18th day of October, 2022.

_____
BARBARA J. ROTHSTEIN
United States District Judge

STIPULATED MOTION TO MODIFY CASE
SCHEDULE AND ORDER (C2:21-01429BJR) - 4

THE TINKER LAW FIRM, PLLC
149 FINCH PLACE SW, SUITE 1
BAINBRIDGE ISLAND, WA 98110
PHONE 206-752-4366 | FAX 206-451-4109